UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00034-FDW-SCR

| KATHLEEN MCKEE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| STATEWIDE COLLECTION SERVICE, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. On February 16, 2023, Plaintiff filed a Notice of Settlement, which provided:

> Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

(Doc. No. 8). Thereafter, the Court provided the parties with notice that "[a]greement for entry of judgment or a stipulation of dismissal to be filed within 30 days or the court may dismiss the case without prejudice. Case Settlement Deadline 4/3/2023." (ECF Entry, March 2, 2023). However, the parties have failed to file either an agreement for entry of judgment or a stipulation of dismissal as required. (See Doc. No. 8 and subsequent ECF entries). In fact, since Plaintiff's filing, neither party has taken any further action to prosecute this case.

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is respectfully **DIRECTED** to terminate this proceeding.

**IT IS SO ORDERED.**

Signed: August 14, 2023

_____
Frank D. Whitney
United States District Judge

2